# Supreme Court of Florida

---

No. SC21-1172

---

**IN RE: AMENDMENTS TO FLORIDA FAMILY LAW RULES OF PROCEDURE—FORMS 12.911(a)-(e).**

March 24, 2022

PER CURIAM.

This matter is before the Court for consideration of proposed amendments to Florida Family Law Rule of Procedure Forms 12.911(a) (Subpoena for Hearing or Trial (Issued by Clerk)), 12.911(b) (Subpoena for Hearing or Trial (Issued by Attorney)), 12.911(c) (Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk)), 12.911(d) (Subpoena Duces Tecum for Hearing or Trial (Issued by Attorney)), and 12.911(e) (Subpoena for Deposition (Issued by Clerk)). *See* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1). We have jurisdiction. *See* art. V, § 2(a), Fla. Const.

In *In re Amendments to Florida Family Law Rule of Procedure 12.407*, 259 So. 3d 752 (Fla. 2018), this Court amended rule 12.407 (Testimony and Attendance of Minor Child) to clarify that

children who are witnesses, potential witnesses, or related to the family law case are prohibited from being brought to court or a deposition or being subpoenaed without an order of the court.

The Florida Bar's Family Law Rules Committee (Committee) has filed a report proposing amendments to forms 12.911(a)-(e), which reference rule 12.407, to ensure they reflect the 2018 amendment to the rule. The Committee and the Board of Governors of The Florida Bar approved the proposed amendments. The Committee published its proposals for comment prior to filing them with the Court and received no comments. After the Committee filed its report, the Court published the proposals for comment. One comment was received in support of the proposed amendments, and the Committee filed a response.

Having considered the proposed amendments, the comment, and the Committee's response, the Court hereby amends Florida Family Law Rule of Procedure Forms 12.911(a)-(e) as proposed by the Committee, with minor technical corrections.

First, the second paragraph in the instructions to forms 12.911(a)-(e) is rewritten to state that "unless otherwise provided by law or another rule of procedure, children who are witnesses,

potential witnesses, or related to a family law case are prohibited from being subpoenaed to appear at any family law proceeding or from attending any family law proceedings without prior order of the court based on good cause shown."

Additionally, throughout the forms' instructions, references to the Rules of Judicial Administration are amended to reflect the updated name, the Rules of General Practice and Judicial Administration. *See In re Amends. to Fla. Rules of Jud. Admin.— 2020 Regular-Cycle Report*, 310 So. 3d 374 (Fla. 2021).

Accordingly, forms 12.911(a)-(e) are hereby amended as set forth in the appendix to this opinion. The forms are fully engrossed and ready for use. The forms may also be accessed and downloaded from the Florida State Courts' website at https://www.flcourts.org/Resources-Services/Office-of-Family-Courts/Family-Courts/Family-Law-Forms. The amendments shall become effective April 1, 2022, at 12:01 a.m.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, MUÑIZ, COURIEL, and GROSSHANS, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Family Law Rules of Procedure

Ashley Elizabeth Taylor, Chair, Family Law Rules Committee, Tampa, Florida, Joshua E. Doyle, Executive Director, and Mikalla Andies Davis, Staff Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

Heather L. Apicella, Chair, Family Law Section of The Florida Bar, Boca Raton, Florida, Kristin R.H. Kirkner, Co-Chair, Rules and Forms Committee, Family Law Section of The Florida Bar, Tampa, Florida, and Jack A. Moring, Co-Chair, Rules and Forms Committee, Family Law Section of The Florida Bar, Crystal River, Florida,

Responding with comments

# APPENDIX

## INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORM 12.911(a)
## SUBPOENA FOR HEARING OR TRIAL (ISSUED BY CLERK)
## (04 /22)

### When should this form be used?

This form is used to require the appearance of witnesses at a **trial** or a **hearing** and also to notify the other **party**(ies) of those witnesses you have subpoenaed as required by Florida Family Law Rule of Procedure 12.410. This form should be typed or printed in black ink. After you complete the form, you will need to take it to the **clerk of the circuit court's** office to obtain the clerk or deputy clerk's signature. The party issuing the subpoena should also sign it.

**NOTE:** Under Florida Family Law Rule of Procedure 12.407, unless otherwise provided by law or another rule of procedure, children who are witnesses, potential witnesses, or related to a family law case are prohibited from being subpoenaed to appear at any family law proceeding or from attending any family law proceedings without prior order of the court based on good cause shown. See Forms 12.944(a)–(b).

### What should I do next?

The form must be **served** on the other party/parties and witness(es) in accordance with Florida Rule of General Practice and Judicial Administration 2.516.

This form must be served on the witness(es) in accordance with Florida law and notice must also be given to the other parties in accordance with Florida Family Law Rule of Procedure 12.410 and with Florida Rule of General Practice and Judicial Administration 2.516.

### Where can I look for more information?

**Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms.** The words that are in **bold underline** in these instructions are defined there. For further information, see Florida Family Law Rule of Procedure 12.410.

**Nonlawyer:** Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Family Law Rules of Procedure Form 12.911(a), Subpoena for Hearing or Trial (Issued By Clerk) (04/22)

- 5 -

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____COUNTY, FLORIDA

Case No.: _____
Division: _____

In re: _____

_____,
                    Petitioner,
          and

_____,
                    Respondent.

# SUBPOENA FOR HEARING OR TRIAL (ISSUED BY CLERK)

THE STATE OF FLORIDA:
TO _____,

YOU ARE COMMANDED to appear before the Honorable *{name}* _____,
Judge of the Court, at the _____ County Courthouse in *{city}*
_____, Florida, on *{date}* _____, at *{time}* _____, to
testify in this action. If you fail to appear you may be held in contempt of court.

You are subpoenaed to appear by the following party, and unless you are excused from this subpoena by
the party, or court, you must respond to this subpoena as directed.

DATE: _____

_____
DEPUTY CLERK

_____
*{Print, type, or stamp the name of the deputy clerk}*

*{Party}*: _____
*{Address}*: _____
_____
*{Telephone Number}*: _____
*{E-mail address(es)}*: _____

Florida Family Law Rules of Procedure Form 12.911(a), Subpoena for Hearing or Trial (Issued By Clerk) (04/22)

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was *[choose only **one**]* (    ) mailed (    ) faxed and mailed (    ) hand delivered to the person(s) listed below on *{date}* _____.

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name:  _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this document and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

_____
Signature of Party or his/her Attorney
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number:_____
Fax Number_____
E-mail Address(es): _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by _____.

Florida Family Law Rules of Procedure Form 12.911(a), Subpoena for Hearing or Trial (Issued By Clerk) (04/22)

_____
NOTARY PUBLIC or DEPUTY CLERK

_____
*{Print, type or stamp commissioned name of notary or deputy clerk}*

_____ Personally known

_____ Produced identification

Type of identification produced _____

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:**
_____
***{identify applicable court personnel by name, address, and telephone number}***
**at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the *{choose only* **one***}* (    ) Petitioner (    ) Respondent
This form was prepared with the assistance of:
*{name of individual}* _____,
*{name of business}*  _____,
*{address}* _____,
*{city}* _____, *{state}* _____, *{telephone number}* _____.

Florida Family Law Rules of Procedure Form 12.911(a), Subpoena for Hearing or Trial (Issued By Clerk) (04/22)

**INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE**
**FORM 12.911(b)**
**SUBPOENA FOR HEARING OR TRIAL (ISSUED BY ATTORNEY)**
**(04/22)**

### When should this form be used?

This form is used to require the appearance of witnesses at a **trial** or a **hearing** and also to notify the other **party**(ies) of those witnesses you have subpoenaed as required by Florida Family Law Rule of Procedure 12.410. This form should be typed or printed in black ink. The attorney issuing the subpoena should sign it.

**NOTE:** Under Florida Family Law Rule of Procedure 12.407, unless otherwise provided by law or another rule of procedure, children who are witnesses, potential witnesses, or related to a family law case are prohibited from being subpoenaed to appear at any family law proceeding or from attending any family law proceedings without prior order of the court based on good cause shown. See Forms 12.944(a)–(b).

### What should I do next?

The form must be served on the witness(es) in accordance with Florida law and notice must also be given to the other parties in accordance with Florida Family Law Rule of Procedure 12.410 and with Florida Rule of General Practice and Judicial Administration 2.516.

Instructions for Florida Family Law Rules of Procedure Form 12.911(b), Subpoena for Hearing or Trial (Issued by Attorney) (04/22)

– 9 –

IN THE CIRCUIT COURT OF_____ JUDICIAL CIRCUIT,
IN AND FOR _____COUNTY, FLORIDA

Case No.: _____
Division:  _____

In re: _____

_____,
Petitioner,
and

_____
Respondent.

# SUBPOENA FOR HEARING OR TRIAL

THE STATE OF FLORIDA
TO *{name(s)}* _____

YOU ARE COMMANDED to appear before the Honorable *{name}* _____,
Judge of the Court, at the _____County Courthouse in *{city}*
_____, Florida, on *{date}*_____at *{time}* _____, to
testify in this action. If you fail to appear, you may be in contempt of court.

You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by the
attorney you must respond to the subpoena as directed.

DATE: _____

_____
ATTORNEY for *{party}*
FOR THE COURT

_____
*[Print or type the name of the attorney]*
*{Address}*: _____

_____
*{Telephone Number}*: _____
*{Florida Bar No.}*: _____
*{E-mail address(es)}*: _____

Florida Family Law Rules of Procedure Form 12.911(b), Subpoena for Hearing or Trial (Issued by Attorney) (04/22)

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was *[choose only **one**]* (   ) mailed (   ) faxed and mailed (   ) hand delivered to the person(s) listed below on *{date}* _____.

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this document and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

_____
Signature of Party or his/her Attorney
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
Email Address(es): _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by _____.

_____
NOTARY PUBLIC or DEPUTY CLERK


_____
[Print, type, or stamp commissioned name of notary or deputy clerk.]

_____ Personally known
_____ Produced identification
Type of identification produced


**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:**
**_____**
*{identify applicable court personnel by name, address, and telephone number}*
**at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

# INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORM 12.911(c)
## SUBPOENA DUCES TECUM FOR HEARING OR TRIAL (ISSUED BY CLERK)
### (04/22)

## When should this form be used?

This form is used to require the appearance of witnesses at a **trial** or a **hearing** and also to notify the other **party**(ies) of those witnesses you have subpoenaed as required by Florida Family Law Rule of Procedure 12.410. It also requires that they bring specified items with them. This form should be typed or printed in black ink. After you complete the form, you will need to take it to the **clerk of the circuit court's** office to obtain the clerk or deputy clerk's signature. The party issuing the subpoena should also sign it.

**NOTE:** Under Florida Family Law Rule of Procedure 12.407, unless otherwise provided by law or another rule of procedure, children who are witnesses, potential witnesses, or related to a family law case are prohibited from being subpoenaed to appear at any family law proceeding or from attending any family law proceedings without prior order of the court based on good cause shown. See Forms 12.944(a)–(b).

## What should I do next?

The form must be **served** on the other party/parties and witness(es) in accordance with Florida Rule of General Practice and Judicial Administration 2.516. The form must be served on the witness(es) in accordance with Florida law and notice must also be given to the other parties in accordance with Florida Family Law Rule of Procedure 12.410 and with Florida Rule of General Practice and Judicial Administration 2.516.

## Where can I look for more information?

**Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms.** The words that are in **bold underline** in these instructions are defined there. For further information, see Florida Family Law Rule of Procedure 12.410.

**Nonlawyer:**  Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Family Law Rules of Procedure Form 12.911(c), Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk) (04/22)

IN THE CIRCUIT COURT OF THE_____JUDICIAL CIRCUIT,
IN AND FOR_____COUNTY, FLORIDA

Case No.: _____
Division: _____

In re: _____

_____
                                    Petitioner,
          and

_____
                                    Respondent.


# SUBPOENA DUCES TECUM FOR HEARING OR TRIAL
# (ISSUED BY CLERK)


THE STATE OF FLORIDA:
TO _____,
YOU ARE COMMANDED to appear before the Honorable *{name}* _____,
Judge of the Court, at the _____ County Courthouse in *{city}*
_____, Florida, on *{date}*_____at *{time}*_____to
testify in this action and to have with you at that time and place the following:

_____.

If you fail to appear you may be held in contempt of court.

You are subpoenaed to appear by the Clerk of the Court on behalf of the party indicated below, and unless you are excused from this subpoena by the party indicated below, or court, you must respond to this subpoena as directed.

DATE: _____


_____
DEPUTY CLERK


_____
*[Print, type, or stamp the name of the deputy clerk]*


*{Party}*: _____
*{Address}*: _____

_____
*{Telephone Number}*: _____
*{E-mail address(es)}*: _____

Florida Family Law Rules of Procedure Form 12.911(c), Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk) (04/22)

## CERTIFICATE OF SERVICE

I certify that a copy of this document was [choose only **one**] (   ) mailed (   ) faxed and mailed (   ) hand delivered to the person(s) listed below on *{date}* _____.

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es):

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es):

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this document and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

_____
Signature of Party or his/her Attorney
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
Email Address(es): _____

Florida Family Law Rules of Procedure Form 12.911(c), Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk) (04/22)

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____by _____.

_____
NOTARY PUBLIC or DEPUTY CLERK

_____
*[Print, type, or stamp commissioned name of notary or deputy clerk.]*

___ Personally known
___ Produced identification
Type of identification produced _____

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:**

_____
***{identify applicable court personnel by name, address, and telephone number}***
**at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the *{choose only* **one***}* (   ) Petitioner (   ) Respondent
This form was prepared with the assistance of:
*{name of individual}* _____,
*{name of business}* _____,
*{address}* _____,
*{city}* _____,*{state}*_____ *{telephone number}* _____.

Florida Family Law Rules of Procedure Form 12.911(c), Subpoena Duces Tecum for Hearing or Trial (Issued by Clerk) (04/22)

# INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE
## FORM 12.911(d)
## SUBPOENA DUCES TECUM FOR HEARING OR TRIAL
## (ISSUED BY ATTORNEY)
## (04/22)

### When should this form be used?

This form is used to require the appearance of witnesses at a **trial** or a **hearing** and also to notify the other **party**(ies) of those witnesses you have subpoenaed as required by Florida Family Law Rule of Procedure 12.410. It also requires that they bring specified items with them. This form should be typed or printed in black ink. The attorney party issuing the subpoena should sign it.

**NOTE:** Under Florida Family Law Rule of Procedure 12.407, unless otherwise provided by law or another rule of procedure, children who are witnesses, potential witnesses, or related to a family law case are prohibited from being subpoenaed to appear at any family law proceeding or from attending any family law proceedings without prior order of the court based on good cause shown. See Forms 12.944(a)-(b).

### What should I do next?

The form must be served on the witness(es) in accordance with Florida law and notice must also be given to the other parties in accordance with Florida Family Law Rule of Procedure 12.410 and with Florida Rule of General Practice and Judicial Administration 2.516.

Instructions for  Florida Family Law Rules of Procedure Form 12.911(d), Subpoena Duces Tecum for Hearing or Trial (Issued by Attorney) (04/22)

- 17 -

IN THE CIRCUIT COURT OF THE                    JUDICIAL CIRCUIT,
IN AND FOR                                              COUNTY, FLORIDA

Case No.: _____
Division: _____

In re: _____

_____,
Petitioner,
and

_____,
Respondent.

# SUBPOENA DUCES TECUM FOR HEARING OR TRIAL

THE STATE OF FLORIDA:
TO _____,

YOU ARE COMMANDED to appear before the Honorable *{name}* _____,
Judge of the Court, at the _____ County Courthouse in *{city}* _____,
Florida, on *{date}* _____, at *{time}* _____, to testify in this action and to have
with you at that time and place the following:
_____.
If you fail to appear you may be held in contempt of court.

You are subpoenaed to appear by the Clerk of the Court on behalf of the party indicated below, and unless
you are excused from this subpoena by the party indicated below, or court, you must respond to this
subpoena as directed.

DATE: _____

*{Name of Attorney}* _____
FOR THE COURT

Attorney for *{party}* _____
*{Address}*: _____

_____
*{Telephone Number}*: _____
*{Florida Bar No.}*: _____
*{E-mail address(es)}*: _____

Florida Family Law Rules of Procedure Form 12.911(d), Subpoena Duces Tecum for Hearing or Trial (Issued by
Attorney) (04/22)

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was [choose only **one**] (   ) mailed (   ) faxed and mailed (   ) hand delivered to the person(s) listed below on *{date }*_____.

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this document and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

_____
Signature of Party or his/her Attorney
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
Email Address(es):_____

Florida Family Law Rules of Procedure Form 12.911(d), Subpoena Duces Tecum for Hearing or Trial (Issued by Attorney) (04/22)

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____ by _____.


_____
NOTARY PUBLIC or DEPUTY CLERK


_____
[Print, type, or stamp commissioned name of notary or deputy clerk.]

_____ Personally known
_____ Produced identification
Type of identification produced _____


**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:**

_____
*{identify applicable court personnel by name, address, and telephone number}*
**at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Florida Family Law Rules of Procedure Form 12.911(d), Subpoena Duces Tecum for Hearing or Trial (Issued by Attorney) (04/22)

# INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE
## FORM 12.911(e)
## SUBPOENA FOR DEPOSITION (ISSUED BY CLERK)
## (04/22)

### When should this form be used?

This form is used to require the appearance of witnesses at a deposition and also to notify the other **party**(ies) of those witnesses you have subpoenaed as required by the Florida Family Law Rule of Procedure 12.410. This form should be typed or printed in black ink. The party issuing the subpoena should sign it and then take it to the **clerk of the circuit court's** office to obtain the deputy clerk's signature.

**NOTE:** Under Florida Family Law Rule of Procedure 12.407, unless otherwise provided by law or another rule of procedure, children who are witnesses, potential witnesses, or related to a family law case are prohibited from being subpoenaed to appear at any family law proceeding or from attending any family law proceedings without prior order of the court based on good cause shown. See Forms 12.944(a)–(b).

### What should I do next?

The form must be **served** on the witness(es) in accordance with Florida law and notice must also be given to the other parties in accordance with Florida Family Law Rule of Procedure 12.410 and with Florida Rule of General Practice and Judicial Administration 2.516.

### Where can I look for more information?

**Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms.** The words that are in **bold underline** in these instructions are defined there. For further information, see Florida Family Law Rule of Procedure 12.410.

**Nonlawyer:** Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Family Law Rules of Procedure Form 12.911(e), Subpoena for Deposition (Issued by Clerk) (04/22)

- 21 -

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____COUNTY, FLORIDA

Case No.: _____

Division: _____

In re: _____

_____
                    Petitioner,
        and

_____
                    Respondent.


# SUBPOENA FOR DEPOSITION
# (ISSUED BY CLERK)

THE STATE OF FLORIDA:

TO _____

YOU ARE COMMANDED to appear before a person authorized to take depositions at *{address}* _____

_____.

If you fail to appear you may be held in contempt of court.

You are subpoenaed to appear by the **clerk of the circuit court** on behalf of the party indicated below, and unless you are excused from this subpoena by the party indicated below or the court, you must respond to this subpoena as directed.

DATE: _____

_____

DEPUTY CLERK

_____

*[Print, type, or stamp the name of the deputy clerk]*

*{Party}*: _____
*{Address}*: _____
_____
*{Telephone Number}*: _____
*{E-mail address(es)}*: _____

Florida Family Law Rules of Procedure Form 12.911(e), Subpoena for Deposition (Issued by Clerk) (04/22)

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was [choose only **one**] (    ) mailed (    ) faxed and mailed (    ) hand delivered to the person(s) listed below on *{date}* _____.

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

**Other party or his/her attorney:**
Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es):

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this document and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

_____
Signature of Party or his/her Attorney
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
Email Address(es): _____

STATE OF FLORIDA
COUNTY OF _____

Sworn to or affirmed and signed before me on _____by _____.

_____
NOTARY PUBLIC or DEPUTY CLERK

_____
*[Print, type, or stamp commissioned name of notary or deputy clerk.]*

___     Personally known
___     Produced identification
Type of identification produced _____

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact:**
_____
***{identify applicable court personnel by name, address, and telephone number}***
**at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the *{choose only **one**}* (    ) Petitioner (    ) Respondent
This form was prepared with the assistance of:
*{name of individual}* _____,
*{name of business}* _____,
*{address}* _____
*{city}* _____, *{state}* _____, *{telephone number}* _____.

Florida Family Law Rules of Procedure Form 12.911(e), Subpoena for Deposition (Issued by Clerk) (04/22)